**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:16 po 01**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **CHARLES WILBURN ROGERS.** | ) | |
| _____ | ) | |

     **THIS MATTER** has come before the undersigned pursuant to a Motion to Withdraw (#17) filed by counsel for Defendant M. Chase Wells.  At the call of the matter on for hearing on May 18, 2016, the undersigned determined that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

     **IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw (#17) filed by M. Chase Wells is hereby **ALLOWED** and Mr. Wells is allowed to withdraw as counsel of record for the Defendant in this matter.

Signed: June 3, 2016

Dennis L. Howell
United States Magistrate Judge

1